UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT AVERY,

    Plaintiff,                                   Case No. 2:18-cv-11752
                                                Hon. Nancy G. Edmunds

vs.

TREMAINE NEVERSON,

    Defendant.

_____

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above Action is hereby dismissed with prejudice, without fees or costs to any party.

SO STIPULATED, as of the 3rd day of January 2024:

| s/Joshua B. Farr | s/Gerald K. Evelyn |
|---|---|
| **Joshua B. Farr (P74107)** | **Gerald K. Evelyn (P29182)** |
| MIKE MORSE LAW FIRM | 409 East Jefferson Ave., Ste. 500 |
| 24901 Northwestern Highway, Ste 700 | Detroit, MI 48226 |
| Southfield, MI 48075-1816 | (313) 962-3500 |
| (248-350-9050 | geraldevelyn@yahoo.com |
| jfarr@855mikewins.com | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

SO ORDERED:

                                                              s/ Nancy G. Edmunds
                                                              Hon. Nancy G. Edmunds
Dated:  January 4, 2024                          U.S. District Court Judge